UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Mag. No. 13-4151
        v. : Hon. Michael A. Hammer
JULIO CESAR CONCEPCION, : ORDER FOR CONTINUANCE
ANGEL CONCEPCION-VASQUEZ,
FREDDY GABINO-MARTINEZ, and
JOSE ZAPATA

       This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew J. Bruck and Cari Fais, Assistant United States Attorneys, appearing), and Defendant Jose Zapata (Elizabeth Smith, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to the continuance; and no prior continuances having been granted by the Court; and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1.    Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution

1

of these negotiations, which would render trial of this matter unnecessary;

3. Defendant, through counsel, has consented to the aforementioned continuance;

4. The grant of a continuance will likely conserve judicial resources; and

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 26th day of July, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from the date of this Order through September 30, 2013; and

IT IS FURTHER ORDERED that the period from the date of this Order through September 30, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge

2

Consented and Agreed to by:

_____
Elizabeth Smith
Counsel for Defendant Jose Zapata

_____
Andrew J. Bruck
Assistant United States Attorney